**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2004, I served, or caused to be served, the following documents:

GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

**Michael Allen Francisco**
#02981-041
Federal Correctional Institution
Box 5000
Pekin, IL 61555-5000

THOMAS B. HEFFELFINGER
United States Attorney

s/ Erica MacDonald - NLC

BY: ERICA H. MACDONALD
Assistant U.S. Attorney