RECEIVED
BY MAIL

MAR 21 2005

CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MICHAEL ALLEN FRANCISCO,
Petitioner,

Civil No. 04-4155 (DSD)

Crim. No. 01-~~195~~ 193 (DSD/SRN)

v.

UNITED STATES OF AMERICA,
Respondent.

---

MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

Comes Now the Petitioner, Michael Allen Francisco, pro se, and and respectfully requests leave to file a supplemental brief on his motion to vacate under 28 U.S.C. § 2255. Petitioner requests supplemental briefing pursuant to Federal Rule of Civil Procedure 15(d). In support of this motion Petitioner states as follows:

1. Petitioner filed a timely motion to vacate his sentence under § 2255. In the motion Petitioner raised two claims: (1) that he is not a career offender because his prior commercial burglaries had no potential or actual violence, and that the Supreme Court's upcoming decision in Sheppard v. United States, No. 03-9168, would authorize a hearing to determine whether Petitioner's priors counted as violent felonies under the career offender guideline enhancement; and (2) that the Supreme Court's upcoming decision in United States v. Booker, 543 U.S. __ (2005), would authorize resentencing because Petitioner was sentenced under a mandatory guideline scheme, rather than an advisory guideline scheme.



SCANNED
MAR 21 2005
U.S. DISTRICT COURT ST. PAUL

2. The Supreme Court has now decided both Sheppard and Booker. See Sheppard (decided March 7, 2005); Booker, decided January 12, 2005).

3. That supplemental briefing is now required to clarify the impact of Sheppard and Booker to Petitioner's claims raised in his § 2255 motion.

4 That the supplemental brief which is included, does not raise any new claims. Instead, it is filed in support of the claims already raised in the initial § 2255 motion.

Wherefore, Petitioner respectfully requests leave to file a supplemental brief.

Date: 3-16-05

Respectfully submitted,

Michael A. Francisco

Michael Allen Francisco

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the Motion for leave to file a supplemental brief and the actual supplemental brief were served to the party below. Said documents were placed in the FCI Pekin mail-box, postage pre-paid, on this 16 day of March, 2005.

U.S. Attorney Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Michael A. Francisco

Michael Allen Francisco