RECEIVED
BY MAIL
NOV - 7 2005
CLERK, US DIST. COURT
ST. PAUL, MN

11-1-05

Dear Clerk

My Name is Michael Allen Francisco The Reason Im Writing is Because..

I Filed A motion To vacate or SeT Aside or CorrecT Sentence 2255 Back on october of 2004

SCANNED
NOV 07 2005
U.S. DISTRICT COURT ST. PAUL

After ~~8~~ 12 months of NoT ~~hearing~~ Anything from The CourT I decided To Call The Clerks office, To inquire whether There Was a SeT DAte as To When Judge Doty Was going To Rule on it. The Clerk Who Took my call Siad ThAT Judge Doty Signed ThaT order March 31st of 2005.

my Problem is ThaT I've Never Recieved A Copy of ThAT order and Now I Believe Im Time BArred from Filing A Certificate of Apealability Do You Have Any Logs which Will Show ThAT I HAve NoT Been Mailed A Copy of This order?

is There Anything in Particular That I Need To Show The CourT So That I Can Still file A [illegible] Certificate of apealability?

I Asked The Clerk who I Spoke with on The Phone To Send me a Copy of The Judges order. Her Name is Debroha 612-664-5000 That was on October 19th I Still havinT [illegible] recieved it.

my Criminal Case # is 01CR 193 (1) will you Please Send me A Copy of my CourT DockeT SheeT along with a Copy of Judge DoTYS order. along With Any Kind of Log Showing ThAT I've Never Been mailed a Copy of The order or leT me Know What I Need To Proceed with This Mater

Thank You

Michael Allen francisco
02981-041
Federal Correctional inst.
P.O. Box 5000
Pekin IL 61555-5000