EXHIBIT "A"

SCANNED
NOV 3 0 2005

# DECLARATION OF MICHAEL ALLEN FRANCISCO

I declare under penalty of perjury that the foregoing statements are true and correct. I declare as follows:

1. I am an inmate confined at the Federal Correctional Institution, in Pekin, Illinois.

2. I filed a timely motion to vacate pursuant to 28 U.S.C. § 2255 with the United States District Court for the District of Minnesota.

3. In early ~~November~~ October of 2005, I contacted the Clerk's office to check on the statuts of my § 2255 motion.

4. I was then informed by the Clerk that the court denied the motion on March 31, 2005. I then checked with my unit secretary to see if I had any legal mail or whether any legal mail had been logged since March 31, 2005. No legal mail was found or logged.

5. I did not receive the Court's order denying my § 2255 motion until November 10, 2005.

6. I wish to appeal my § 2255 motion but was unable to because I was unaware the court had denied it.

FURTHER DECLARANT SAYETH NAUGHT

Date: 11-26-05

Michael Francisco
Michael Allen Francisco

Doris A. Hayman
Notary Public

EXHIBIT "B"

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

*2600 South Second Street*
*Pekin, Illinois 61554*

October 25, 2005

U.S. District Court
District of Minnesota
Office of the Clerk
Room 700 Federal Building
316 North Robert Street
St. Paul, MN 55101-1460

RE: FRANCISCO, Michael
Register No.: 02981-041

To Whom It May Concern:

Legal mail that is sent to the inmate population is logged the date it was received by staff. When the inmate receives his mail, he signs and dates the log book. From March 2005, through October 25, 2005, we have no record of any legal material being sent to Mr. Francisco from your address.

Sincerely,

L. Eudaily
Secretary

EXHIBIT "C"

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

OFFICIAL BUSINESS

LE
OPEN IN
OF T

US POSTAGE
$ 00.60
Mailed From 55415
11/07/2005
031A 0002303240

AIL
PRESENCE
INMATE

FCI PEKIN
NOV 10 2005
MAILROOM ISM

D04

10:00 am B

Rcvd 11/10/05

61555+5000-00 B050