# CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the Motion for Relief from Judgment and the Notice of Appeal were sent to the party below. Said documents were placed in the FCI Pekin legal mail-box with postage pre-paid on this 28th day of November, 2005

Michael Francisco

Michael Allen Francisco

U.S. Attorney's Office
300 Fourth Street, Suite 600
Minneapolis, MN 55415

SCANNED