UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

MICHAEL ALLEN FRANCISCO,
Petitioner-Appellant,

Civil No. 04-4155 (DSD)

Crim. No. 01-193(1)(DSD/SRN)

v.

UNITED STATES OF AMERICA,
Respondent-Appellee.

---

# NOTICE OF APPEAL

Now Comes the Appellant, Michael Allen Francisco, pro se, and hereby gives notice that he wishes to appeal the U.S. District Court's judgment denying his motion to vacate pursuant to 28 U.S.C. § 2255.

Appellant filed a timely § 2255 motion raising constitutional challenges to his criminal sentence. The motion was denied by the District Court on March 31, 2005. However, appellant did not receive notice of the decision. Appellant has filed this notice within sixty days of receipt of the denial.

The district court had jurisdiction pursuant to 28 U.S.C. § 2255. This Court has jurisdiction pursuant to 28 U.S.C. §§ 2253 and 1291.

Date: 11-28-05

Respectfully submitted,

Michael Francisco

Michael Allen Francisco
Pro Se
# 02981-041
FCI Pekin, P.O. Box 5000

SCANNED NOV 30 2005