# USA

# v

# Michael Allen Francisco

# CR 01-193 DSD/SRN

# Document Filed in Error and Removed