# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-4283

| | | |
|---|---|---|
| United States of America, | * | CR 01-193 DSD/SRN |
| Appellee, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota |
| Michael Allen Francisco, | * | |
| Appellant. | * | |

Before MURPHY, McMILLIAN, and GRUENDER, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

January 5, 2006

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
MAR 13 2006
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans